# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| CHARLES T. SEYMOUR,  )  <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TED PHILBIN, *Deputy Warden of* ) <br> *Care and Treatment*; WARDEN ORR, ) <br> *Deputy Warden of Security*; DR. ) <br> ROIMIN, *Psychiatrist at Valdosta* ) <br> *State Prison*; MR. ANDERSON, ) <br> *Mental Health Counselor*; MS. ) <br> NICKLE, *Mental Health Counselor*; ) <br> LISA SHOF, *Advocate - Mental Health* ) <br> *Counselor*; ANN DASHER, *Assistant* ) <br> *Mental Health Unit Manager*; LT. ) <br> RIDAHL, *Lieutenant Officer*; NURSE ) <br> FRAZIER, *Nurse Valdosta State* ) <br> *Prison*; OFFICER BLANTON, ) <br> *Correctional Officer Valdosta State* ) <br> *Prison*; OFFICER BENNETT, ) <br> *Correctional Officer Valdosta State* ) <br> *Prison*; and OFFICER ROBERTS, ) <br> *Correctional Officer Valdosta State* ) <br> *Prison*; ) <br> ) <br> Defendants. ) | Case No. CV410-090 |

## REPORT AND RECOMMENDATION

Civil rights plaintiff Charles T. Seymour has submitted for filing a 42 U.S.C. § 1983 complaint concerning allegations of government misconduct arising at Valdosta State Prison, which is in the Middle District of Georgia.

(Doc. 1.) Since his claims arise from events that transpired in Valdosta State Prison and the defendants are located there, the proper forum for the action is in the Middle District of Georgia, Valdosta Division. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (permitting district courts to dismiss or transfer cases suffering from venue defects); 28 U.S.C. § 90 (establishing districts and divisions for Georgia's federal courts). Accordingly, this case should be transferred to the Valdosta Division of the United States District Court for the Middle District of Georgia for all further proceedings.

**SO REPORTED AND RECOMMENDED** this <u>22nd</u> day of April, 2010.

/s/ Smith
_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA