FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 MAY 12 AM II: 51

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| CHARLES T. SEYMOUR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV410-090 |
| | ) |
| TED PHILBIN, *Deputy Warden of Care and Treatment*; WARDEN ORR, *Deputy Warden of Security*; DR. ROIMIN, *Psychiatrist at Valdosta State Prison*; MR. ANDERSON, *Mental Health Counselor*; MS. NICKLE, *Mental Health Counselor*; LISA SHOF, *Advocate - Mental Health Counselor*; ANN DASHER, *Assistant Mental Health Unit Manager*; LT. RIDAHL, *Lieutenant Officer*; NURSE FRAZIER, *Nurse Valdosta State Prison*; OFFICER BLANTON, *Correctional Officer Valdosta State Prison*; OFFICER BENNETT, *Correctional Officer Valdosta State Prison*; and OFFICER ROBERTS, *Correctional Officer Valdosta State Prison*; | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _12_ day of _May_, 2010.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA