IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CHARLES SEYMOUR,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**Deputy Warden TED PHILBIN, et. al.,**<br><br>　　　　　Defendants. | Civil Action 7:10-CV-38 (HL) |

### ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 82), entered on September 7, 2011. Judge Langstaff recommends that Defendants Philbin, Orr, Roimin, Dasher, Ridahl, Frazier, Blanton, Bennett, and Roberts' Motion to Dismiss (Doc. 46) and Defendants Shoe and Anderson's Motion to Dismiss (Doc. 61) be granted.

Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error, and finds no error. The Recommendation is accepted and adopted. The Motions to Dismiss (Docs. 46 and 61) are granted.

Plaintiff has filed a Motion to Appoint Counsel and Motion to Amend (Doc. 84). Both are denied.

The Clerk of Court is directed to close this case.

**SO ORDERED**, this the 26th day of September, 2011.

　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

mbh